## JS 44 Civil Cover Sheet Attachment

**Section I.(c) Attorney's Firm Name, Address, and Telephone Number)**

McNamara Law Firm, P.C.
1035 South Gaylord Street
Denver, CO 80209
(303) 722-1624