## SUMMONS IN A CIVIL ACTION

**United States District Court
for the District of Colorado**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action Number: 08-cv-00179-MSK-KLM

MAR 4 - 2008

**GREGORY C. LANGHAM**
CLERK

GLEN LLEWELLYN,

PLAINTIFF,

v.

**SUMMONS**

SHEARSON FINANCIAL NETWORK, INC.,
ALLSTATE HOME LOANS INC, dba ALLSTATE
FUNDING,
EQUITY PACIFIC MORTGAGE, INC.,
KEVIN RIDER,
OCWEN FINANCIAL CORPORATION,
OCWEN LOAN SERVICING, LLC.,
NCC SERVICING, LLC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
and
CASTLE, MEINHOLD & STAWIARSKI, LLC.,

DEFENDANTS.

To the above named Defendant(s):

You are hereby summoned and required to serve upon plaintiff's attorney, whose address is:

McNamara Law Firm
John N. McNamara, Jr.
1035 S. Gaylord Street
Denver, CO 80209

## AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within 20 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _Anju Rodrigue_

(Seal of the Court)

Deputy Clerk

Date: 02/22/08

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

## RETURN OF SERVICE

| NAME OF SERVER: | TITLE: |
|---|---|

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant.  Place where left:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion  then residing therein.

Name of person with whom the summons and complaint where left:

☐ Returned unexecuted::

☑ Other (specify): *HANDING TO PAMELA TRUJILLO OF THE CORPORATION SERVICE COMPANY 1560 BROADWAY, DENVER CO ON 2/22/08 AT 10:40 A.M.*

### STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: 2/22/08
Date

Signature of Server

*P BOX 100411*
Address of Server

*DENVER CO 80250*