IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00179-MSK-KLM

GLEN LLEWELLYN,

    Plaintiff,

v.

SHEARSON FINANCIAL NETWORK, INC.,
ALLSTATE HOME LOANS, INC. d/b/a ALLSTATE FUNDING,
EQUITY PACIFIC MORTGAGE, INC.,
KEVIN E. RIDER,
OCWEN FINANCIAL CORPORATION,
OCWEN LOAN SERVICING, LLC.,
NOMURA CREDIT AND CAPITAL, INC.,
NCC SERVICING, LLC.,
NOMURA SECURITIES INTERNATIONAL, INC., and
CASTLE, MEINHOLD & STAWIARSKI, LLC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' Ocwen Financial Corporation and Ocwen Loan Servicing, LLC's Unopposed Motion to Vacate the Court's February 6, 2008 Order and Reschedule the April 2, 2008 Scheduling/Planning Conference [Docket No. 21; Filed March 13, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for April 2, 2008 at 9:30 a.m. is **vacated** and **RESET** to **May 21, 2008 at 9:30 a.m.** in Courtroom **A-501,** Fifth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.

    The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **May 16, 2008.**

    Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **May 16, 2008.** Parties not participating

in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Alfred A. Arraj U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Alfred A. Arraj United States Courthouse must show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: March 14, 2008