**OFFICE OF THE SHERIFF**
**CLARK COUNTY DETENTION**
**CIVIL PROCESS SECTION**

| | | |
|---|---|---|
| GLEN LLEWELLYN | ) | |
| | ) | |
| **PLAINTIFF** | ) | CASE No. 08-CV-00179-MSK-KLM |
| vs | ) | SHERIFF CIVIL NO: 08002290 |
| SHEARSON FINANCIAL NETWORK INC | ) | |
| | ) | |
| **DEFENDANT** | ) | **NOT FOUND AFFIDAVIT** |

STATE OF NEVADA     }
                   } ss:
COUNTY OF CLARK    }

JAMES A. CHILDS, being duly sworn, deposes and says:

That he/she is a regularly appointed, qualified Deputy Sheriff of the said County of Clark, in the State of Nevada and over the age of twenty-one years, not a party to the action or related to either party, nor an attorney for a party, nor in any way interested in the within named action, and authorized to serve civil process by the laws of the State of Nevada, and competent to be a witness therein; that he/she and now is a citizen of the United States of America and of the State of Nevada and that he/she received the within stated civil process: SUMMONS IN A CIVIL ACTION and COMPLAINT AND DEMAND FOR JURY TRIAL on 3/10/2008 at the hour of 10:30AM.

That after due search and diligent inquiry throughout Clark County, State of Nevada, I was unable to effect service upon the said *EQUITY PACIFIC MORTGAGE* Defendant within Clark County, Nevada.

**ATTEMPTS TO LOCATE:**

Date: 03/12/2008 @ 10:05AM - 2470 SAINT ROSE PKWY, SUITE 314, HENDERSON, NV 89074

Attempted By: JAMES CHILDS

Service Type: UNABLE TO LOCATE.

Notes: PER OFFICE STAFF, LIBERTY CAPITOL, THIS

SUBJECT BUSINESS AND INDIVIDUAL UNKNOWN

TO THEM.

Dated   March 14, 2008

Douglas C. Gillespie, Sheriff

By: _Phill Futh supervisor for Jim Childs_
SUBSCRIBED AND SWORN to me before me this     JAMES A. CHILDS
___14th___ day of ___March___ 20_08_   Deputy Sheriff

_Roxanne L. Cooper_
NOTARY PUBLIC in and for said County & State

ROXANNE L. COOPER
Notary Public State of Nevada
No. 99-35757-1
My appt. exp. Mar. 20, 2011