IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00179-MSK-KLM

GLEN LLEWELLYN,

        Plaintiff,

v.

SHEARSON FINANCIAL NETWORK, INC.,
ALLSTATE HOME LOANS, INC. dba ALLSTATE FUNDING,
EQUITY PACIFIC MORTGAGE, INC.,
KEVIN E RIDER,
OCWEN FINANCIAL CORPORATION,
OCWEN LOAN SERVICING, LLC.,
NOMURA CREDIT AND CAPITAL, INC.,
NCC SERVICING, LLC., and
CASTLE, MEINHOLD & STAWIARSKI, LLC.,

        Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

        THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Defendant Nomura Securities International, Inc. (Notice) filed April 24, 2008. The Court, having read the Notice filed herein, and now being fully advised in the premises,

        **IT IS ORDERED** that any and all claims against Defendant Nomura Securities International, Inc. are hereby dismissed, without prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended. The caption shall be amended to so reflect.

        DATED this 25th day of April, 2008.

        **BY THE COURT:**

Marcia S. Krieger
United States District Judge