IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00179-MSK-KLM

GLEN LLEWELLYN,

    Plaintiff,

v.

SHEARSON FINANCIAL NETWORK, INC.,
ALLSTATE HOME LOANS, INC. d/b/a ALLSTATE FUNDING,
EQUITY PACIFIC MORTGAGE, INC.,
KEVIN E. RIDER,
OCWEN FINANCIAL CORPORATION,
OCWEN LOAN SERVICING, LLC.,
NOMURA CREDIT AND CAPITAL, INC.,
NCC SERVICING, LLC., and
CASTLE, MEINHOLD & STAWIARSKI, LLC.,

    Defendants.
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Joint Motion to Vacate March 14, 2008 Minute Order and Stay All Pre-Trial Discovery Deadlines filed by Plaintiff and Defendants Ocwen Financial, Ocwen Loan Servicing, and Castle, Meinhold & Stawiarski, LLC [ Docket No. 60; Filed May 8, 2008] (the "Motion"). The parties to the Motion request that the Court vacate the Scheduling Conference set for May 21, 2008 and stay all pretrial discovery deadlines until the pending dispositive motions can be resolved. The Court notes that there are four pending Motions to Dismiss filed by Defendants Ocwen Financial [Docket No. 50], Ocwen Loan Servicing [Docket No. 47], Nomura Credit and Capital [Docket No. 61], and Castle, Meinhold & Stawiarski [Docket No. 53]. None of the motions have been referred to this Court for resolution. The Court also notes that two Defendants, Kevin E. Rider and Equity Pacific Mortgage, do not appear to have been served with the Summons and Complaint, while three other Defendants, Shearson Financial Network, Allstate Home Loans, and NCC Servicing, appeared to have been served but have not filed answers to the Complaint.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and HELD IN ABEYANCE in part**. To the extent that the parties to the Motion seek to vacate the Scheduling Conference, the Motion is **granted**. The Scheduling Conference set for May 21, 2008 at 9:30 a.m. is **vacated**. However, given several procedural issues the Court has

identified in this case, the Court *sua sponte* sets a Status Conference for **May 29, 2008 at 10:30 a.m.** Counsel for all parties shall appear in person. To the extent that the parties to the Motion seek to have the Court stay all pending pretrial discovery deadlines, the Motion is **held in abeyance** until the Status Conference. Although Defendant Nomura Credit and Capital has filed a Motion to Dismiss, it is not a party to the Motion, and it is unclear whether the parties conferred with this Defendant or the other named Defendants prior to filing their Motion. At the Status Conference, the Court will consider, among other things, whether a stay of the case is appropriate and whether to reset the Scheduling Conference.

IT IS FURTHER **ORDERED** that Plaintiff shall file proof of service of the Summons and Complaint on Defendants Kevin E. Rider and Equity Pacific Mortgage on or before **May 28, 2008**.

Dated: May 9, 2008