IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00179-MSK-KLM

GLEN LLEWELLYN,

    Plaintiff,

v.

SHEARSON FINANCIAL NETWORK, INC.,
ALLSTATE HOME LOANS, INC. dba ALLSTATE FUNDING,
EQUITY PACIFIC MORTGAGE, INC.,
KEVIN E RIDER,
OCWEN LOAN SERVICING, LLC.,
NOMURA CREDIT AND CAPITAL, INC.,
NCC SERVICING, LLC., and
CASTLE, MEINHOLD & STAWIARSKI, LLC.,

    Defendants.

## ORDER DISMISSING DEFENDANT OCWEN FINANCIAL CORPORATION WITHOUT PREJUDICE

THIS MATTER comes before the Court upon the filing of a Stipulation for Dismissal Without Prejudice Re: Plaintiff and Defendant Ocwen Financial Corporation (Stipulation) **(#73)**. The Court, having reviewed the foregoing,

**ORDERS** that Plaintiff's claims against Defendant Ocwen Financial Corporation are hereby dismissed, without prejudice. Each party to bear his, her or it's own attorney's fees and costs. It is

**FURTHER ORDERED** that Ocwen Financial Corporation shall be deleted from the case caption.

DATED this 19th day of May, 2008.

BY THE COURT:

_Marcia S. Krieger_ (signature)

Marcia S. Krieger
United States District Judge