## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00179-MSK-KLM

GLEN LLEWELLYN, )
                                            )
     Plaintiff, )
                                            )
vs. )
                                            )
Shearson Financial Network, Inc.; )
Allstate Home Loans, Inc. DBA )
Allstate Funding; )
Equity Pacific Mortgage, Inc.; )
Kevin E. Rider; )
Ocwen Loan Servicing, LLC; )
Nomura Credit and Capital, Inc.; )
NCC Servicing, LLC; and )
Castle, Meinhold, & Stawiarski, LLC; )
                                            )
     Defendants. )

_____

## AFFIDAVIT OF GLEN LLEWELLYN
_____

Affiant, being first duly sworn, does swear and affirm as follows:

1. My name is Glen Llewellyn and I am the Plaintiff in this matter.

2. Prior to the events giving rise to this lawsuit, I ran a successful construction company which specialized in buying and remodeling homes which I would then rent out until the homes could be sold at a profit.

3. One of the properties on which I was working was located at 7915 South Coolidge Way, Aurora, Colorado 80016 (the "Coolidge Property"). Prior to June 1, 2006, the mortgage on this property was owned by the Shearson

Financial Network, Inc. ("Shearson") and Allstate Home Loans, Inc. dba Allstate Funding ("Allstate").

4. On June 1, 2006, I successfully refinanced the mortgage on the Coolidge Property through Washington Mutual. As full payment for the original loan Washington Mutual wired approximately $600,000 to Equity Pacific Mortgage, Inc.

5. In investigating this matter, my attorney had a series of telephone conversations in late 2006 and early 2007 with Michael Barron, CEO of both Shearson and Allstate. In these conversations, Mr. Barron indicated that Equity Pacific Mortgage, Inc. ("Equity Pacific"), owned by Kevin E. Rider, was an authorized servicing agent for Shearson and Allstate. Equity Pacific was authorized to receive and disburse wired funds on behalf of Shearson and Allstate.

6. Mr. Barron also indicated that Kevin Rider had stolen the $600,000 in funds which had been wired to Mr. Rider and Equity Pacific in payment of the original mortgage on the Coolidge Property.

7. Mr. Barron further indicated that Shearson and Allstate's own investigation had shown that Kevin Rider had cleaned out Equity Pacific's Irvine, California offices and disappeared with my refinance proceeds. Mr. Rider also stole a significant number of first loan payments made by new borrowers to Equity Pacific in its capacity as an authorized servicing agent for Shearson and Allstate.

8. Kevin Rider's theft and conversion of my refinance proceeds triggered a series of events, including an attempted foreclosure action on the Coolidge Property, which severely damaged my credit and thus, my ability to secure continued financing for my construction business.

9. By early 2007, I was no longer able to pay all of my obligations and was forced to sell my tools, equipment, furniture, and fixtures at a loss. Additionally, I was forced to let a number of the properties I owned go into foreclosure. Those houses that were not foreclosed upon, I was forced to sell at a loss. The failure of my construction business also caused me to lose out on rental income and equity profits when selling the properties at a later date.

10. My total damages arising directly and proximately from Shearson and Allstate's conduct include $152,000 for tools, equipment, furniture, and fixtures and $2,772,728 in foreclosed properties or properties which I was forced to sell at a loss. I lost the $900,000 worth of materials and labor that I had put into renovating the properties. I also lost $300,000 in project rent revenue and $360,000 in equity revenue.

Further, the Affiant sayeth naught.

DATED this 21st day of July, 2008.

                                                                                                    **/s/ Glen Llewellyn**
                                                                                                                             Glen Llewellyn

STATE OF _____ )
                                                      ) ss
COUNTY OF _____ )

Subscribed and sworn to before me this \_\_\_\_\_ day of _____,
2008 by


_____                                   [ Seal ]
Notary Public