IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: October 7, 2008 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 08-cv-00179-MSK-KLM

| *Parties*: | *Counsel Appearing:* |
|---|---|
| GLEN LLEWELLYN, | John McNamara (by telephone) |
| Plaintiff, | |
| v. | |
| SHEARSON FINANCIAL NETWORK, INC., | Gregory Garman |
| ALLSTATE HOME LOANS, INC. dba ALLSTATE FUNDING, | Mark Willis |
| EQUITY PACIFIC MORTGAGE, INC., | Jeremy Peck |
| KEVIN E RIDER, | |
| OCWEN FINANCIAL CORPORATION, | |
| OCWEN LOAN SERVICING, LLC., | |
| NOMURA CREDIT AND CAPITAL, INC., | |
| NCC SERVICING, LLC., and | |
| CASTLE, MEINHOLD & STAWIARSKI, LLC., | |
| Defendant. | |

## COURTROOM MINUTES

HEARING: Law and Motion

**8:44 a.m.     Court in session.**

Counsel present as listed above. Mr. McNamara appears by telephone.

The Court addresses the "Ex Parte" Motion to Withdraw (**Doc. #98**).

Statement from Mr. Garman.

Other counsel present have no objection to Mr. Garman and his associate from withdrawing from the case.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Oral findings are made of record and incorporated herein.

**ORDER:** Motion to withdraw **(Doc. #98)** is **GRANTED**, with the finding that entry of appearance was made by mistake.

The Court addresses plaintiff's motion for default judgment.

Statement from Mr. MacNamara.

**ORDER:** Motion for Default Judgment, **(Doc. #94)** is **DENIED against defendant Shearson only.** The denial will be with leave to renew should the automatic stay be lifted.

**8:59 a.m.** **Court in recess.**

**Total Time: 15 minutes.**
**Hearing concluded.**