# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

**Civil Action No.: 08-cv-00179-MSK-KLM**  FTR - Reporter Deck - Courtroom C-204
                                            Byron G. Rogers United States Courthouse
**Date: June 23, 2009**                     Courtroom Deputy, Kathleen Finney

_____

GLEN LLEWELLYN,                             John N. McNamara, Jr.

    **Plaintiff(s),**

v.

SHEARSON FINANCIAL NETWORK, INC.,
ALLSTATE HOME LOANS, INC.,
d/b/a ALLSTATE FUNDING,
OCWEN LOAN SERVICING, LLC,                  Mark C. Willis
NOMURA CREDIT AND CAPITAL, INC.,

NCC SERVICING, LLC, and
CASTLE, MEINHOLD, & STAWIARSKI, LLC,        Phillip A. Vaglica

    **Defendant(s).**
_____

### COURTROOM MINUTES / MINUTE ORDER
_____

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in Session: 9:04 a.m.**
Court calls case. Appearance of counsel.

**It is ORDERED:**  Plaintiff's Motion for Leave to File Second Amended Complaint and to Amend Case Caption [Doc. No. 135, filed 6/1/2009] is **GRANTED**. Plaintiff's Second Amended Complaint [Doc. No. 136] will be deemed **FILED as of June 23, 2009.**

**It is ORDERED:**  Defendants shall file an answer or otherwise respond to Plaintiff's Second Amended Complaint **on or before JULY 6, 2009.**

**It is ORDERED:**  **On or before JULY 6, 2009,** Parties will jointly file a supplement to Section 4 of the Scheduling Order containing Undisputed Facts.

Parties shall adhere to the "Sedona Principles for Electronic Document Production" with respect to electronic discovery.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Deadline for Joinder of parties / Amendment of pleadings is **SEPTEMBER 15, 2009.**

Discovery Cut-off is **DECEMBER 1, 2009.**

Dispositive Motions deadline is **JANUARY 12, 2010.**

Parties shall designate experts **on or before OCTOBER 1, 2009.**

Parties shall designate rebuttal experts **on or before NOVEMBER 1, 2009.**

Each party shall be limited to three (3) Expert witnesses, absent leave of Court.

Each party shall be limited to ten (10) Depositions, absent leave of Court.

Parties shall be limited to twenty-five (25) Interrogatories, twenty-five (25) Requests for Production, and twenty-five (25) Requests for Admission.

**Counsel shall call the Court by joint conference call to schedule hearings regarding unresolved discovery disputes prior to filing Motions to Compel and/or Motions for Protective Order.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 355-2770, preferably as a joint conference call, and request that one be set.

**SETTLEMENT CONFERENCE** is set **NOVEMBER 13, 2009 at 9:00 a.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.

**No party or attorney may make plans to leave or leave the scheduled settlement conference before 5:30 p.m. without obtaining express permission from the Court in advance. Any party or attorney who schedules travel which requires departure from the settlement conference before 5:30 p.m. WILL BE REQUIRED TO MAKE ALTERNATE PLANS if the case has not settled by the departure time.**

Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Mix **on or before November 3, 2009** in accordance with the Court's *Instructions for Preparation of Confidential Settlement* Statements, Effective January 1, 2008, a copy of which is attached.

The Updated Confidential Settlement Statements shall be sent via e-mail in a PDF format to **Mix_Chambers@cod.uscourts.gov** ALL additional settlement material (*i.e.* Exhibits, deposition transcripts, documents) shall be submitted to the court as hard copies. Counsel shall indicate in their e-mail if they are submitting additional information for the Court to read. Any additional material shall be delivered to the Office of the Clerk of the Court in an envelope marked "Personal per Magistrate Judge Mix's Instructions".

***All parties asserting claims for damages shall provide a monetary demand to all opposing parties one week prior to the Settlement Conference.***

Counsel and the parties must notify chambers (303-335-2770) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

**PRETRIAL CONFERENCE / TRIAL**
The Honorable Marcia S. Krieger will issue a Minute Order setting dates for a **Final Pretrial Conference**, **Trial Preparation Conference**, and **Trial**.
The parties anticipate a five (5) day Trial to a Jury.

- Scheduling Order is signed and entered with interlineations on June 23, 2009.

HEARING CONCLUDED.

**Court in recess: 9:29 a.m.**          Total In-Court Time: 00:25

To order a transcript of this hearing, please contact Avery Woods Reporting (303)825-6119.