IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00179-MSK-KLM

GLEN LLEWELLYN,

   Plaintiff,

v.

ALLSTATE HOME LOANS, INC. d/b/a ALLSTATE FUNDING,
OCWEN LOAN SERVICING, LLC.,
NOMURA CREDIT AND CAPITAL, INC.,
NCC SERVICING, LLC., and
CASTLE, MEINHOLD & STAWIARSKI, LLC.,

   Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Defendant Ocwen Loan Servicing and Defendant Normura Credit and Capital, Inc.'s **Unopposed Motion to Amend Scheduling Order to Extend the Discovery Deadline and the Dispositive Motion Deadline and to Reschedule the Settlement Conference** [Docket No. 169; Filed March 5, 2010] (the "Motion").

   On January 8, 2010, a Discovery Conference was held in this matter. *See* Docket No. 164. Discovery was re-opened and a discovery deadline of March 11, 2010 was set for the purpose of Defendants' propounding and responding to Plaintiff's additional request for production of documents and completion of depositions by Defendants which had been previously discussed by the parties. In the Motion, Defendants request an extension of that deadline until March 31, 2010 and an accompanying extension of the dispositive motions deadline. They also request that the Settlement Conference currently set for March 25, 2010 be reset for a later date.

   IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The discovery deadline in this matter is extended until **March 31, 2010**. The parties shall file their dispositive motions on or before **April 30, 2010**.

   IT IS FURTHER **ORDERED** that the Settlement Conference set for March 25, 2010 is **VACATED** and **RESET** to **June 17, 2010 at 1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that counsel shall have parties present who shall have full authority to negotiate **all** terms and demands presented by the case, and full authority to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet all terms or pay all amounts which are demanded or sought by any opposing party in the case without consulting with some other person, committee, or agency.

No party shall be permitted to participate in the settlement conference by telephone, unless that party has obtained leave of court following the filing of an appropriate motion no later than five (5) business days prior to the settlement conference date.

**IT IS FURTHER ORDERED that the parties shall follow Magistrate Judge Mix's Instructions for Preparation of Confidential Settlement Statements, a copy of which is attached to Docket No. 161.**

Parties shall submit their Confidential Settlement Statement on or before **June 10, 2010**. Parties participating in ECF shall e-mail ONLY the Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. All additional settlement materials (*e.g.,* depositions transcripts, exhibits, etc.) are to be submitted to the court as hard copies. Any additional material shall be delivered to the office of the Clerk of the Court or mailed directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Magistrate Judge Mix's Order". Parties not participating in ECF shall submit all materials as hard copies.

**No party or attorney may make plans to leave or leave the scheduled settlement conference before 5:30 p.m. without obtaining express permission from the Court in advance. Any party or attorney who schedules travel which requires departure from the settlement conference before 5:30 p.m. WILL BE REQUIRED TO MAKE ALTERNATE PLANS if the case has not settled by the departure time.**

Anyone seeking entry into the Alfred A. Arraj United States Courthouse or the Byron Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: March 8, 2010