IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00179-MSK-KLM

GLEN LLEWELLYN,

    Plaintiff,

v.

ALLSTATE HOME LOANS, INC. d/b/a ALLSTATE FUNDING,
OCWEN LOAN SERVICING, LLC.,
NOMURA CREDIT AND CAPITAL, INC.,
NCC SERVICING, LLC., and
CASTLE, MEINHOLD & STAWIARSKI, LLC.,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Unopposed Joint Motion to Vacate and Reschedule June 17, 2010 Settlement Conference** [Docket No. 179; Filed June 11, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Although the Court agrees to vacate the Settlement Conference, it will not do so indefinitely. Accordingly, the Settlement Conference set for June 17, 2010 at 1:30 p.m. is **vacated** and **RESET** to **September 13, 2010 at 1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that counsel <u>shall have parties present</u> who shall have <u>full authority</u> to negotiate **all** terms and demands presented by the case, and <u>full authority</u> to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet all terms or pay all amounts which are demanded or sought by any opposing party in the case without consulting with some other person, committee, or agency.

    No party shall be permitted to participate in the settlement conference by telephone, unless that party has obtained leave of court following the filing of an appropriate motion no later than five (5) business days prior to the settlement conference date.

**IT IS FURTHER ORDERED** that the parties shall follow Magistrate Judge Mix's Instructions for Preparation of Confidential Settlement Statements, a copy of which is attached to Docket No. 123.

Parties shall submit their Confidential Settlement Statement on or before **September 6, 2010**. Parties participating in ECF shall e-mail ONLY the Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. All additional settlement materials (*e.g.,* depositions transcripts, exhibits, etc.) are to be submitted to the court as hard copies. Any additional material shall be delivered to the office of the Clerk of the Court or mailed directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Magistrate Judge Mix's Order." Parties not participating in ECF shall submit all materials as hard copies.

Anyone seeking entry into the Alfred A. Arraj United States Courthouse or the Byron Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: June 14, 2010