IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00179-WJM-KLM

GLEN LLEWELLYN,

    Plaintiff,

v.

ALLSTATE HOME LOANS, INC. d/b/a ALLSTATE FUNDING,
OCWEN LOAN SERVICING, LLC.,
NOMURA CREDIT AND CAPITAL, INC.,
NCC SERVICING, LLC., and
CASTLE, MEINHOLD & STAWIARSKI, LLC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Joint Motion to Vacate and Reschedule February 22, 2011 Settlement Conference** [Docket No. 236; Filed February 15, 2011] (the "Motion").  Despite the fact that Plaintiff opposes resetting the Settlement Conference, Defendants have provided good cause for their request.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Settlement Conference set for February 22, 2011 at 1:30 p.m. is **vacated** and will be reset upon joint motion of the parties.

Dated:  February 17, 2011