IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00179-WJM-KLM

GLEN LLEWELLYN,

　　　　Plaintiff,
v.

ALLSTATE HOME LOANS, INC. d/b/a ALLSTATE FUNDING,
NCC SERVICING, LLC., and

　　　　Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　　　This matter is before the Court on Defendants' **Unopposed Motion to Vacate and Reschedule May 29, 2013 Final Pretrial Conference** [Docket No. 283; Filed April 30, 2013] (the "Motion").

　　　　IT IS HEREBY **ORDERED** that the Motion [#283] is **GRANTED**.

　　　　IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for May 29, 2013 at 1:30 p.m. is **VACATED** and **RESET** to **June 12, 2013** at **9:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

　　　　IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **June 10, 2013**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

　　　　Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

　　　　**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.**

　　　　Dated: May 1, 2013