IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00179-WJM-KLM

GLEN LLEWELLYN,

    Plaintiff,
v.

OCWEN LOAN SERVICING, LLC, and
NOMURA CREDIT AND CAPITAL, INC.,

    Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint and Unopposed Motion for Extension of Discovery Deadline** [#308][1] (the "Motion").  The Motion asks the Court to extend the discovery deadline to January 24, 2014 "to allow sufficient time for Plaintiff to review Defendants' Expert Disclosure, for Plaintiff to prepare for and take the deposition of Dr. Moe, and for Defendants to take Plaintiff's deposition."  *Motion* [#308] at 3.  The Motion also requests that the Final Pretrial Conference set for January 6, 2014 at 11:00 a.m. be vacated.  *Id*.

IT IS HEREBY **ORDERED** that the Motion [#308] is **GRANTED**.  The deadline set in the Order entered on June 24, 2013 [#300], which was extended on August 16, 2013 [#304] and November 15, 2013 [#307], is further extended as follows:

- Discovery Deadline                                                 **January 24, 2014**

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for January 6, 2014 at 11:00 a.m. is **VACATED** and **RESET** to **February 10, 2014** at **10:30 a.m.** in

---

[1] "[#308]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **February 3, 2014**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.**

Dated:  December 5, 2013