IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00179-WJM-KLM

GLEN LLEWELLYN,

      Plaintiff,
v.

OCWEN LOAN SERVICING, LLC, and
NOMURA CREDIT AND CAPITAL, INC.,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendants' **Unopposed Emergency Motion to Vacate and Reschedule May 29, 2014 Final Pretrial Conference and Extend the Deadline to File the Proposed Pretrial Order** [#318][1] (the "Motion").  In the Motion, Defendants request that the Final Pretrial Conference be reset to the week of June 23, 2014, because counsel was advised by the Court's staff that the week of June 23, 2014 was the earliest the Court may be available to hold the conference.  *Motion* [#318] at 3.  However, the Court now has time available on June 10, 2014.  Accordingly,

      IT IS HEREBY **ORDERED** that the Motion [#318] is **GRANTED in part**.  Accordingly,

      IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for May 29, 2014 at 11:00 a.m. is **VACATED** and **RESET** to **June 10, 2014** at **10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **June 3, 2014**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

---

[1] "[#318]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

1

       Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

       **The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx.**

       Dated:  May 28, 2014